IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00818-WDM-BNB

GREGORY M. HULL,

Plaintiff,

v.

DR. CARY SHAMES, in his individual and official capacity as Chief Medical Officer of the Colorado Department of Corrections,
DR. P. BEECROFT, in her individual and official capacity as Medical Doctor at the Fort Lyon Correctional Facility,
KELLEY MCRAE, in her individual and official capacity as Registered Nurse at the Fort Lyon Correctional Facility, and
JOAN STOCK, in her individual and official capacity as Physician's Assistant at the Sterling Correctional Facility,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Allow Deposition of Plaintiff Gregory M. Hull Pursuant to Fed.R.Civ.P. 30(a)(2)** [docket no. 44, filed May 4, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendants are permitted to take the deposition of plaintiff Hull at Sterling Correctional Facility on May 17, 2007, at 9:00 a.m.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to mail a copy of this Order to the following:

CASE MANAGER
FOR GREGORY HULL #45673
STERLING CORRECTIONAL FACILITY
P. O. BOX 6000
12101 HIGHWAY 61
STERLING, CO 80751


DATED:  May 7, 2007