IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00818-WDM-BNB

GREGORY M. HULL,

Plaintiff,

v.

DR. CARY SHAMES, in his individual and official capacity as Chief Medical Officer of the Colorado Department of Corrections,
DR. P. BEECROFT, in her individual and official capacity as Medical Doctor at the Fort Lyon Correctional Facility,
KELLEY MCRAE, in her individual and official capacity as Registered Nurse at the Fort Lyon Correctional Facility, and
JOAN STOCK, in her individual and official capacity as Physician's Assistant at the Sterling Correctional Facility,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Defendants' Motion to Stay and Vacate Final Pretrial Conference Pending Qualified Immunity Determination** [Doc. #61, filed 10/8/07] (the "Motion").  The Motion is GRANTED.

On June 7, 2007, the defendants filed a motion for summary judgment wherein they assert the defense of qualified immunity [Doc. #51].  The plaintiff filed a response to the motion on July 5, 2007 [Doc. #55].  The defendants seek to stay all further proceedings in this case pending a determination of the qualified immunity issue.

"[Q]ualified immunity is not only a defense to liability but also to entitlement to immunity from suit and other demands of litigation."  Workman v. Jordan, 958 F.2d 332, 336 (10th Cir. 1992) (citations omitted).  Accordingly,

IT IS ORDERED that the Motion is GRANTED.  This case is STAYED pending resolution of the defendants' motion for summary judgment.

Dated October 10, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge